UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FORBES MEDIA LLC; THOMAS BREWSTER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-Appellee. | No. 21-16233 <br><br> D.C. No. 4:21-mc-80017-PJH <br> Northern District of California, Oakland <br><br> ORDER |
| In re: APPLICATION OF FORBES MEDIA AND THOMAS BREWSTER TO UNSEAL COURT RECORDS, <br> _____ <br><br> FORBES MEDIA LLC; THOMAS BREWSTER, <br><br> Petitioners-Appellants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent-Appellee. | No. 21-35612 <br><br> D.C. No. 2:21-mc-00007-RSM |

Before: RAWLINSON, BADE, and BRESS, Circuit Judges.

The panel unanimously voted to deny the petition for panel rehearing and rehearing en banc. The petition for rehearing en banc was circulated to the judges of the Court, and no judge requested a vote for en banc consideration. Fed. R.

App. P. 35. The petition for panel rehearing and rehearing en banc, No. 21-16233 (Dkt. 64); No. 21-35612 (Dkt. 62), is **DENIED**.